GOLDSMITH & HULL, A P.C./86621
William I. Goldsmith SBN 82183
Michael L. Goldsmith SBN 291700
16933 Parthenia Street, Suite 110
Northridge, CA 91343
(818) 990-6600 FAX (818) 990-6140
Govdept1@goldsmithcalaw.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **No. ACV99-02290** |
| Plaintiff, | |
| v. | **WRIT OF CONTINUING GARNISHMENT TO GARNISHEE WESTGATE RESORTS.** |
| JAMES A. WINGERT AKA JAMES A.WINGERT, JR. AKA JIM WINGERT DERIEG | |
| Defendant(s) | |

TO GARNISHEE WESTGATE RESORTS. ATTN.: PAYROLL DEPARTMENT 2801 OLD WINTER GARDEN RD OCOEE FL 34761.

An application for a Writ of Continuing Garnishment against the property of defendant/judgment debtor JAMES A. WINGERT AKA JAMES A. WINGERT, JR. AKA JIM WINGERT DERIEG, has been filed with this Court as to Garnishee WESTGATE RESORTS.

On JUNE 12,2001, judgment was entered in the United States District Court Central District of California in the amount of $3,164.38, in Favor of UNITED STATES OF AMERICA and against JAMES A. WINGERT AKA JAMES A. WINGERT, JR.

1   AKA JIM WINGERT DERIEG, credits were given for payments and partial

2   satisfactions in the amount of $4,154.00 which were credited first against the total

3   accrued post judgment interest, with any excess credited against the Judgment as

4   entered, leaving a net balance of $892.10 actually due on this  Judgment as of  December

5   5,2017plus daily interest of $0.05.

6           The name and address of Garnishees and/or Garnishees' authorized agent is:

7                   WESTGATE RESORTS

8                   ATTN.: PAYROLL DEPARTMENT

9                   2801 OLD WINTER GARDEN RD

10                  OCOEE FL 34761

11  The address for plaintiff is:

12                      GOLDSMITH & HULL, A P.C. 16933 Parthenia Street, Suite 110

13                      Northridge, CA 91343

14  Defendant's Social Security Number is: XXX-XX-9893.

15  The last known address of Defendant is: 4760 S HIGHLAND DR. #117

16  SALT LAKE CITY UT 84117

17   Counsel for plaintiff:

18                  Michael L Goldsmith, Esq.

19                  Goldsmith & Hull, A P.C.

20                  16933 Parthenia Street, Suite 110 Northridge, CA 91343

21

22          TO THE ABOVE-NAMED GARNISHEE:

23

24          YOU AND YOUR SUCCESSORS AND ASSIGNS SHALLWITHHOLD AND

25  RETAIN ANY PROPERTY IN WHICH THE DEBTOR HAS A SUBSTANTIAL

26  NONEXEMPT INTEREST AND FOR WHICH YOU ARE OR MAY BECOME

27  INDEBTED TO THE JUDGMENT DEBTOR PENDING FURTHER ORDER OF THE

28  COURT.

1   GARNISHEE SHALL ANSWER THIS WRIT in writing, under oath, within TEN

2   DAYS after service of the writ of continuing garnishment and shall respond therein to

3   the following questions:

4       1.  Whether Garnishee has custody, control or possession of any property of

5           Defendant [including but not limited to non-exempt disposable earnings];

6       2.  What is a description of the property and the value thereof;

7       3.  Whether Garnishee owed Defendant any debt on the date the writ was served

8           and the amount and basis of the debt; and

9       4.  Whether Garnishee anticipates owing any debt to Defendant in the future, and

10          whether the period for payment will be weekly or other specified period.

11  GARNISHEE SHALL file the original answer to this writ within ten (10) days of

12  receipt of this writ with the Clerk of the United States District Court, 312 North Spring

13  Street, Los Angeles, California 90012.  Additionally, you are required to serve a copy of

14  the answer on Defendant JAMES A. WINGERT AKA JAMES A. WINGERT, JR. JIM

15  WINGERT DERIEG, and also on the attorney for plaintiff Goldsmith & Hull, A P.C.

16  16933 Parthenia Street, Suite 110 Northridge, CA 91343.

17      If no objection to the answer of Garnishee is filed, and no request for hearing is

18  received by the court within 20 days from either the Defendant or the Plaintiff,

19  Garnishee should release those properties directly to Plaintiff/Judgment Creditor.

20  Payments and Properties hereafter collected shall be payable to **U.S. DEPARTMENT**

21  **OF JUSTICE**. And should be sent to **U.S. DEPARTMENT OF JUSTICE, NCIF P.O.**

22  **BOX 790363 ST. LOUIS, MO 63179-0363**, using file No. **1999A91585** as reference

23  number on the check or other forms of payments.

24      IF YOU FAIL TO ANSWER THIS WRIT OR WITHHOLD AND RETAIN

25  PROPERTY IN ACCORDANCE WITH THIS WRIT, THE PLAINTIFF MAY

26  PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR

27  BEFORE THE COURT.  IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL

28  TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT,

THE COURT MAY ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF

THE DEBTOR'S NONEXEMPT PROPERTY AS WELL AS REASONABLE
ATTORNEY'S FEES.

**IT IS UNLAWFUL TO PAY OR DELIVER TO DEFENDANT ANY
PROPERTY LEVIED UPON BY THIS WRIT UNTIL FURTHER ORDER OF
COURT.**

The garnishment is continuing in nature and shall constitute a lien against
Defendant's nonexempt property.

The garnishment shall continue and survive until any of the following
occurs:

(a) The debt is satisfied in full;

(b) The property in the possession, custody or control of Garnishee is exhausted;

(c) Plaintiff has released the garnishment; or

(d) The Court orders that the garnishment be quashed.

DATED: December 7, 2017.

KIRY K. GRAY

CLERK, UNITED STATES DISTRICT COURT

Renico Smith

BY: DEPUTY CLERK

1174