GOLDSMITH & HULL, A P.C./586621
William I. Goldsmith SBN 82183
Michael L. Goldsmith SBN 291700
16933 Parthenia Street, Suite 110
Northridge, CA 91343
(818) 990-6600 FAX (818) 990-6140
Govdept1@goldsmithcalaw.com

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. ACV99-02290 |
|---|---|
| Plaintiff, | |
| v. | **CLERK'S 28 U.S.C. § 3202(b) NOTICE OF CONTINUING POSTJUDGMENT GARNISHMENT TO DEBTOR** |
| JAMES A. WINGERT AKA JAMES A. WINGERT, JR. AKA JIM WINGERT DERIEG | [WESTGATE RESORTS.] |
| Defendant. | |

TO JAMES A. WINGERT AKA JAMES A. WINGERT JR. AKA JIM WINGERT DERIEG:

You are hereby notified that the funds held by garnishee WESTGATE RESORTS, ATTN.: PAYROLL DEPARTMENT are being taken by the United States of America (the Government), which has a Court judgment in the above-captioned case in the amount of $3,164.38 plus daily interest. As of December 5, 2017 the amount due is $892.10 plus daily interest in the amount of $0.05.

1  //

2        The Federal Debt Collection Procedures Act requires Garnishee to file an answer
3  to the writ of garnishment. 28 U.S.C. § 3205(c)(4). In the answer, Garnishee is required
4  to state whether Garnishee has custody, control, or possession of property belonging to
5  Defendant, a description of the property and a statement of its value, a description of any
6  previous garnishments of the property, and the amount that Garnishee anticipates owing
7  Defendant in the future.

8        The Act further provides that within 20 days following the receipt of the answer,
9  either you or the United States may file a written objection to the answer and a request a
10 hearing. The objection shall identify the party filing it and shall state the grounds for the
11 objection to the answer. 28 U.S.C. § 3205(c)(5). The Court shall conduct a hearing on
12 the objection to the answer of Garnishee within 10 days after service of the request, or as
13 soon thereafter as practicable. Id. Any objection to the answer filed by Garnishee must
14 be set forth in a pleading and filed by the party objecting with the Clerk of the United
15 States District Court.

16       If no objection to the answer of Garnishee is filed, and no request for a hearing is
17 received by the Court, the Court shall promptly enter an order directing Garnishee as to
18 the disposition of your nonexempt interest in the garnished property. If a hearing is
19 timely requested, the order for disposition of the property shall be entered by the Court
20 within 5 days after the hearing, or as soon as practicable. 28 U.S.C. § 3205(c)(7).

21       In addition, YOU ARE HEREBY NOTIFIED that there are exemptions under the
22 law which may protect some of the property from being taken by the Government if you
23 can show that the exemptions apply. Attached is a summary of the exemptions which
24 may apply when the debt arises out of a judgment entered in a civil case.

25       You have a right to ask the Court to return your property to you if you think the
26 property the Government is taking qualifies under one of the exemptions. You must
27 either mail your request for hearing, or deliver it in person, to the Clerk of the United
28 States District Court, 312 North Spring Street, Los Angeles, California 90012. You
must also send a copy of your request to Goldsmith & Hull, A P.C., 16933 Parthenia

Street, Suite 110 Northridge, CA 91343, so the Government will know you want a hearing. If you wish, you may use the attached form to request the hearing.

The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible. At the hearing, you may explain to the judge why you believe the property the Government has taken is exempt.

If you think you live outside the federal judicial district in which the Court is located, you may request, no later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the Court to the federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court, 312 North Spring Street, Los Angeles, California 90012. You must also send a copy of your request to Goldsmith & Hull, A P.C., 16933 Parthenia Street, Suite 110, Northridge, CA 91343, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an officer of public legal assistance, or the Clerk of the Court. The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

DATED: **December 21**, 2017.

**Renico Smith**
_____
DEPUTY CLERK,
UNITED STATES DISTRICT COURT